**United States Bankruptcy Court**
**Eastern District of Virginia**
Newport News Division
2400 West Avenue, Suite 110
Newport News, VA 23607

**In re:**

Elijah Danel Brown
41 Milford Road
Newport News, VA 23601

**Case Number**  09−51093−FJS
**Chapter**  7

**SSN:**  xxx−xx−0752    **EIN:**  NA

### NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor´s Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated:   November 6, 2009

William C. Redden
Clerk of Court

(7closend)

# CERTIFICATE OF NOTICE

```
District/off: 0422-6           User: atkinsj                 Page 1 of 1                 Date Rcvd: Nov 06, 2009
Case: 09-51093                 Form ID: 7closend             Total Noticed: 14

The following entities were noticed by first class mail on Nov 08, 2009.
db            +Elijah Danel Brown,    41 Milford Road,    Newport News, VA 23601-3939
9037899       +1st Advantage Fcu,    P O Box 2116,    Newport News, VA 23609-0116
9037900       +Acs/Absolute Credit Service,    421 Fayetteville St Ste 600,    Raleigh, NC 27601-1777
9037901       +BP Oil / Citibank,    Attn:  Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
9037902       +Credit Control Corp,    Po Box 120568.,    Newport News, VA 23612-0568
9037903       +Equidata,    Attn: Bankruptcy,    Po Box 6610,    Newport News, VA 23606-0610
9037904       +National Credit System,    Attn: Bankruptcy,    Po Box 312125,    Atlanta, GA 31131-2125
9037905       +Peninsula Radiological Assoc.,    PO Box 12087,    Newport News, VA 23612-2087
9037906       +Riverside Emergency Physicians,    PO Box 85080,    Richmond, VA 23285-4000
9037907       +Riverside Gloucester Orthopaed,    7544 hopsital drive,    Suite 202-A,    Gloucester, VA 23061-4178
9037908       +Riverside Walter Reed Hos,    PO Box 12156,    Newport News, VA 23612-2156
9037909       +T Mobile,    PO Box 742596,    Cincinnati, OH 45274-2596
9037911       +Water Reed Hospital Anastishia,    PO BOX 758793,    Baltimore, MD 21275-8793

The following entities were noticed by electronic transmission on Nov 06, 2009.
9037910       +E-mail/PDF: bankruptcyverizonwireless@afninet.com Nov 07 2009 06:59:02      Verizon,    Po Box 3397,
               Bloomington, IL 61702-3397
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 08, 2009**                              **Signature:** *Joseph Speetjens*